FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2010 DEC -6  A 8:41

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA )
)
v. )
) DOCKET NO. 1:10-mj-811
BARRY S. ROBINSON )
) INITIAL APPEARANCE: January 3, 2011
)

CRIMINAL INFORMATION

COUNT I (Misdemeanor 2194057)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about October 6, 2010, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, BARRY S. ROBINSON, did wrongfully, knowingly and intentionally operate a motor vehicle while his driver's license or instruction permit or privilege to drive a motor vehicle had been suspended or revoked and who had been directed not to drive by a court or by the Commissioner, the State Corporation Commissioner, the State Highway and Transportation Commissioner, or the Superintendent of State Police until the period of such suspension or revocation was terminated.

(In violation of Title 18, United States Code, Section 13 assimilating Section 46.2-301, Code of Virginia 1950, as amended).

## COUNT II - (Petty)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about October 6, 2010, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, BARRY S. ROBINSON, did unlawfully drive a motor vehicle upon the highway without a valid driver's license.

(In violation of Title 18, United States Code, Section 13 assimilating Section 46.2-300, Code of Virginia 1950, as amended.)

NEIL H. MacBRIDE
UNITED STATES ATTORNEY

By: *Andrew Herrold* (signature)

Fort Belvoir, VA

Date December 1, 2010

Andrew Herrold
Special Assistant
United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 805-4411
Fax (703) 805-1042
Andrew.Herrold@us.army.mil

CERTIFICATE OF SERVICE

I hereby certify that on December / , 2010, I mailed, postage prepaid, a true and accurate copy of the Criminal Information herein filed to BARRY S. ROBINSON, at his address of record.

_____
KAREN L. SHANER
Administrative Assistant
Staff Judge Advocate Office